UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Aitia Smith-Gross**
      Plaintiff

                                          CIVIL ACTION

V.

                                          NO. **1:24-cv-10462-RGS**

**Department of Children and Family Services et al**
                          Defendants

### ORDER OF DISMISSAL

Stearns, D. J.

It is hereby ORDERED that the above-entitled action be and hereby is dismissed as to **Lawrence County General Hospital, Bonnie Fisher, and Does 1-10** without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 41.1(b).

                                                                               By the Court,

11/13/2024                                                           /s/ Jacqueline Martin
Date                                                                        Deputy Clerk