## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>**Aitia Smith-Gross**</u>
             Plaintiff

V.

<u>**Department of Children and Family Services et al**</u>
                      Defendants

CIVIL ACTION

NO. **1:24-cv-10462-RGS**

## <u>ORDER OF DISMISSAL</u>

<u>Stearns, D. J.</u>

It is hereby ORDERED that the above-entitled action be and hereby is dismissed as to **Department of Children and Family Services** without prejudice for the reasons set out in the court's Order dated 11/12/24 (Dkt #22)

By the Court,

<u>11/18/2024</u>
         Date

<u>/s/ Jacqueline Martin</u>
      Docket Clerk